x:\tc51586\appear

WDJ/ls
File No.: TC-51586

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
CECELIA CLARET,

              Plaintiff,

   -against-

127 JOHN STREET REALTY LLC, ALAN KASMAN
DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO, INC., NEW YORK UNIVERSITY, NEW
YORK UNIVERSITY REAL ESTATE CORPORATION,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ROCKROSE
DEVELOPMENT CORP., STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER
A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, AND WFP TOWER B. CO., L.P., ET AL,

              Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

06 CV 14554

COUNSELORS:

PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 11, 2007

                              WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                              BARRY, McTIERNAN & MOORE
                              Attorneys for Defendants
                              STRUCTURE TONE, INC. s/h/a
                              STRUCTURE TONE (UK), INC. and
                              STRUCTURE TONE GLOBAL SERVICES, INC.
                              2 Rector Street – 14th Floor
                              New York, New York 10006
                              (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700