UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                      :

IN RE WORLD TRADE CENTER LOWER     :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION   :
                      :
                      :
                      :
-----------------------------------------------------------------X
CECELIA CLARET,                 :   06-CV-14554-AKH
                      :
            Plaintiff,   :   **APPEARANCE**
                      :
   - against -            :
                      :   **ELECTRONICALLY FILED**
127 JOHN STREET REALTY LLC, *et al.*,   :
                      :
          Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                      By:    /s/ Judith R. Cohen
                            _____
                            Judith R. Cohen (JC-8614)
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Phone: (212) 277-6500
                            Fax: (212) 277-6501

                            *Attorney for Defendant*
                            MERRILL LYNCH & CO., INC.