Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

**Attorney for Defendants: Defendants: Rockrose Development Corp. and 127 John Street Realty, LLC**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102(AKH)

**THIS DOCUMENT ONLY APPLIES TO THOSE CASES IN THE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION BEARING DOCKET NUMBER(S)**

FEDERAL CIVIL
RULE 7.1 DISCLOSURE

06-CV-1649 (Barbosa)
06-CV-14554 (Claret)
07-CV-01608 (Flores)
06-CV-13971 (Kelly)
07-CV-356 (Nunez)
07-CV-1523 (Ruffen)

**IN WHICH ROCKROSE DEVELOPMENT CORP. AND 127 JOHN STREET REALTY, LLC PARTIES ARE DEFENDANTS**

-------------------------------------------------------------------X

SIRS:

      Defendants, Rockrose Development Corp. and 127 John Street Realty, LLC., (hereinafter referred to as the "Answering Defendants") by their attorney, Frank A. Scanga, Esq, are privately held companies. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       January 10, 2008

                              FRANK A. SCANGA, ESQ.
                              Attorney for Defendants,
                              Rockrose Development Corp. and 127 John Street Realty, LLC
                              477 Madison Avenue
                              21st Floor
                              New York, New York 10022
                              (212) 758-4040

By: _____
                              Frank A. Scanga (FS/1460)