UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
-----------------------------------------------------------------X

CECELIA CLARET,

                         Plaintiff(s),


              -against-



127 JOHN STREET REALTY LLC, et al.

                         Defendant(s),
-----------------------------------------------------------------X

Docket No.:
21 MC 102(AKH)


06CV14554(AKH)


NOTICE OF APPEARANCE
BY DEFENDANTS
ROCKROSE DEVELOPMENT
CORP. and 127 JOHN STREET
REALTY LLC


To the Clerk of the Court and all parties of record:

Enter appearance of the undersigned as counsel in this case for defendants, Rockrose

Development Corp. and 127 John Street Realty Corp.

The undersigned certifies that he is admitted to practice in this Court.


Dated: New York, New York
        January 10, 2008


                              FRANK A. SCANGA, ESQ.
                              Attorney for Defendants,
                              Rockrose Development Corp. and 127 John Street
                              Realty Corp
                              477 Madison Avenue
                              21st Floor
                              New York, New York 10022
                              (212) 758-4040


        By:    _____
               Frank A. Scanga (FS 1460)