UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |

| | | |
|---|---|---|
| CECILIA CLARET, | | 06CV14554(AKH) |
| | Plaintiff(s), | NOTICE OF APPEARANCE |
| -against- | | |
| 127 JOHN STREET REALTY LLC, et al., | | |
| | Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         April 22, 2008

>                        Yours etc.,
>
>                        HARRIS BEACH PLLC
>                        *Attorneys for Defendant*
>                        **CENTURY 21, INC., BLUE
>                        MILLENNIUM REALTY LLC**
>
>                        _____/s/_____
>                        Stanley Goos, Esq. (SG-7062)
>                        100 Wall Street
>                        New York, NY  10005
>                        212 687-0100
>                        212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 22, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated:April 22, 2008

/s/
Stanley Goos, Esq. (SG 7062)