Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

CECELIA CLARET

                                            **NOTICE OF**
                  V.                        **ADOPTION**

127 JOHN STREET REALTY LLC, ET. AL.         CASE NUMBER: (AKH)
                                            06 CV 14554

_____X

    PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
    May _23_ 2008

               Faust, Goetz, Schenker & Blee, LLP

               _____
               By/ Ida A. Caputo (IC-9208)
               Attorneys for the Brookfield Parties
               Two Rector Street, 20th Floor
               New York, NY 10006
               (212) 363-6900